CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 11 2006

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | CASE NO. 4:05CR00008-006 |
| RITCHIE JOHN HORVATH, III, ) | |
| ) | |
| Defendant. ) | |

This case is before the Court on defendant's Motion to Dismiss, Document 315. For reasons stated on the record in open court, this motion is hereby **DENIED.**

The Clerk is directed to send certified copies of this order to counsel or record.

ENTERED: This 11th day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE