IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:05CR00008-6 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHIE JOHN HORVATH, III, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me now is the Defendant's motion to reconsider my earlier ruling that he is not entitled to claim immunity from prosecution. In accordance with the accompanying Memorandum Opinion, I hereby **DENY** the Defendant's Motion to Reconsider. Accordingly, a judgment of conviction and commitment will be entered.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 8th day of March, 2007.

s/Jackson L. Kiser
Senior United States District Judge